**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Virginia__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Amazing Outdoors LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8 4 - 2 7 9 3 3 1 1

4. **Debtor's address**

    **Principal place of business**

    310 N. 21st St.
    Number    Street

    Purcellville, VA 20132
    City                            State    ZIP Code

    Loudoun
    County

    **Mailing address, if different from principal place of business**

    Number    Street

    P.O. Box

    City                            State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number    Street

    City                            State    ZIP Code

5. **Debtor's website (URL)**    www.amazingoutdoorsco.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor _____Amazing Outdoors LLC_____     Case number (if known)_____
      Name

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2 3 8 9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                MM / DD / YYYY
       District _____  When _____  Case number _____
                                MM / DD / YYYY

Debtor _____Amazing Outdoors LLC_____   Case number (if known)_____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
           District _____  When ___ / ___ / _____
                                                         MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                         Number    Street

    _____
    City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor _____    Case number *(if known)* _____
             Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/11/2025
             MM / DD / YYYY

X  /s/ Matthew Simpson                          Matthew Simpson
   Signature of authorized representative of debtor    Printed name

   Title  Managing Member

**18. Signature of attorney**

X  /s/ John P. Forest, II                       Date  07/11/2025
   Signature of attorney for debtor                    MM / DD / YYYY

   John P. Forest, II
   Printed name

   Firm name
   11350 Random Hills Rd., Suite 700
   Number     Street
   Fairfax                                      VA        22030
   City                                         State     ZIP Code

   (703) 691-4940                               john@forestlawfirm.com
   Contact phone                                Email address

   33089                                        Va
   Bar number                                   State

---

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: AMAZING OUTDOORS LLC | ) ) | Docket No. 25-_____ |
| Debtor | ) ) ) | Chapter 11 (Subchapter V) |

### LIST OF EQUITY SECURITY HOLDERS

The following are the persons who hold equity securities in the Debtor:

Name:                          Interest:

Matthew Simpson                100%

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

Amazing Outdoors LLC

By:     */s/ Matthew Simpson*
Name:  Matthew Simpson
Title:  Managing Member

Date:   July 11, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: AMAZING OUTDOORS LLC | Docket No. 25-_____ |
|  | Chapter 11 (Subchapter V) |
| Debtor | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

Under penalty perjury, the undersigned certifies that the above information is true and correct.

Amazing Outdoors LLC

By: */s/ Matthew Simpson*
Name: Matthew Simpson
Title: Managing Member

Date: July 11, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: AMAZING OUTDOORS LLC | ) ) ) ) ) | Docket No. 25-_____<br>Chapter 11 (Subchapter V) |
| Debtor | | |

<b><u>MINUTES OF THE SPECIAL MEETING OF THE MEMBERS</u></b>

    Minutes of the special meeting of the Members of Amazing Outdoors LLC (the "Company) called pursuant to proper notice and the vote of the Member as indicated by their signatures hereon.

    WHEREAS, it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore, RESOLVED, that Matthew Simpson be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Matthew Simpson be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

    There being no further business, the meeting was thereupon adjourned.

    DATED and effective this 11 day of July 2025.

/s/ Matthew Simpson
Secretary

APPROVED:

/s/ Matthew Simpson
Chairman

Members:

/s/ Matthew Simpson
Matthew Simpson

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: AMAZING OUTDOORS LLC ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) | |

**RESOLUTION OF THE MEMBERS**

    A Resolution of the Members of Amazing Outdoors LLC (the "Company") made upon and pursuant to proper notice and the vote of the Member as indicated by their signatures hereon.

    WHEREAS, the undersigned believe it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore, RESOLVED, that Matthew Simpson be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Matthew Simpson be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

    There being no further business, the meeting was thereupon adjourned.

DATED and effective this 11 day of July 2025.

/s/ Matthew Simpson
Secretary

APPROVED:

/s/ Matthew Simpson
Chairman

Members:

/s/ Matthew Simpson
Matthew Simpson

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: AMAZING OUTDOORS LLC ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) | |

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via a flash drive listing a total of 30 creditors.

Amazing Outdoors LLC

By: */s/ Matthew Simpson*
Name: Matthew Simpson
Title: Managing Member

Date: July 11, 2025

```
Small Business Administration
2 North St., Suite 320
Birmingham, AL 35203

John Deere Construction & Forestry
6400 N.W. 68th St.
Jonhston, IA 50131

Mazariegos Brothers General
Construction, Inc.
c/o Benjamin Fitzgerald
30 N. King St.
Leesburg, Va 20176

JP Masonry, Inc.
Box 368
Haymarket, VA 20168

Cynthia Hanner
40782 Winesap Ct.
Aldie, VA 20105

Bryan Jewett
Mary Jewett
3401 Greenwood Farm Dr.
Haymarket, VA 20169

Matthew Simpson
18180 Turnberry Dr.
Round Hill, VA

Daniel Green
37440 Whitacre La.
Purcellville, VA 20132

American Express
P.O. Box 981535
El Paso, TX

Erie Insurance
100 Erie Insurance Place
Erie PA

Travelers Insurance
Box 660317
Dallas TX 75266
```

```
Ford Credit
885 E. Collins Blvd, Suite 110
Richardson, TX 75081

State Farm Insurance
Box 2001
Bloomington, IL 61702-2001

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

Elizabeth River Tunnels
309 County St.
Portsmouth, VA 23704

Professional Account Management
Box 1280
Oaks, PA 19456

GT Mid Atlantic
8404 Kelso Dr.
Essex MD, 21221

GB Collects
1253 Haddonfield Berlin Rd.
Voorhees,  NJ 08043

Penn Credit Corp
Box 69703
Harrisburg, PA 17106

Brennan & Clark
2301 W. 22nd St., Suite 301
Oak Brook IL 60523

County of Loudoun
Box 1000
Leesburg, VA 20177

State of West Virginia Business Taxes
Box 3784
Charleston, WV 25337

DriveEzMD
Box 165718
Fort Worth, TX 76161
```

```
Comcast Business
676 Island Pond Rd.
Manchester, NH

Ally Financial
500 Woodward Ave.
Detroit, MI 48226

Linebarger, Goggan, Blair & Sampson
4828 Loop Central Dr.
Suite 600
Houston TX, 77081

DTS Professional Services
738 Shenandoah River La.
Front Royal, VA 22630

Dominion Energy
711 Chester Ave.
Cleveland OH 44114

Dulles Greenway
22375 Broderick Dr.
Sterling, VA 20166

IRS
Box 7436
Philadelphia PA, 19101
```